1  Eric K. Yaeckel [CSB No. 274608]
   yaeckel@sullivanlawgroupapc.com
2  Ryan T. Kuhn [CSB No. 324538]
3  ryan@sullivanlawgroupapc.com
   Karoline D. Kitlowski [CSB No. 347692]
4  karoline@sullivanlawgroupapc.com
5  **SULLIVAN & YAECKEL LAW GROUP, APC**
6  2330 Third Avenue
   San Diego, California 92101
7  (619) 702-6760 * (619) 702-6761 FAX
8
9  Attorneys for Plaintiff ELIZABETH HICKS, an Individual on behalf of herself and all others similarly situated and the general public
10

11             **UNITED STATES DISTRICT COURT**
12
               **SOUTHERN DISTRICT OF CALIFORNIA**
13

| ELIZABETH HICKS, an Individual on behalf of herself and all others similarly situated and the general public, | **CASE NO.** 3:22-CV-02038-JLS-DDL |
|---|---|
| Plaintiff, | [Former San Diego County Superior Court Case No. 37-2022-00038827-CU-BT-CTL] |
| v. | **PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO AMEND THE OPERATIVE COMPLAINT** |
| GRIMMWAY ENTERPRISES, INC., a Corporation with Headquarters in California, and DOES 1-100, inclusive | Date: February 9, 2023<br>Time: 1:30 p.m.<br>Courtroom: 4D<br>District Judge: Hon. Janis L. Sammartino |
| Defendants | Magistrate Judge:<br>Hon. David D. Leshner |

-1-

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 9, 2023, at 1:30 p.m. in Courtroom 4D, the Honorable Janis L. Sammartino presiding, Plaintiff ELIZABETH HICKS, an Individual on behalf of herself and all others similarly situated and the general public shall move the United States District Court, Southern District of California, for the entry of an Order Granting Leave To Amend the Complaint and Permitting the Filing of a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2). A copy of Plaintiff's two proposed Second Amended Complaints are lodged herewith as Exhibits A and B to the Declaration of Ryan T. Kuhn. The above amendment is sought on the grounds that Plaintiff may clarify the allegations in her complaint, lodged herewith as Exhibits A and B, and justice so requires its adoption.

**PLEASE TAKE FURTHER NOTICE** that counsel for the moving party shall rely upon the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Leave to Amend, proposed Second Amended Complaints, Declaration of Ryan T. Kuhn, as well as the exhibits lodged herewith, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated: January 5, 2023

**SULLIVAN & YAECKEL LAW GROUP, APC**

*/s/ Ryan T. Kuhn*

Eric K. Yaeckel
Ryan T. Kuhn
Karoline D. Kitlowski
Attorneys for Plaintiff ELIZABETH HICKS, an Individual on behalf of herself and all others similarly situated and the general public